IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              2:19-cr-248
                                    Chief Judge Marbley

Patricia Sykes

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 8) that the defendant's guilty pleas be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Information, and she is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 9, 2020                      s\Algenon L. Marbley
                                                Algenon L. Marbley
                                                Chief United States District Judge